STRIKE; Order issued December 21, 2012.



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-11-01442-CR

**ANTHONY PEACE, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 7**
**Dallas County, Texas**
**Trial Court Cause No. F10-1235-Y**

# O R D E R

Before Justices Moseley, Fillmore, and Myers

Appellant Anthony Peace filed a July 30, 2012 pro se Supplemental Brief attempting to raise additional issues in his appeal beyond those raised by Peace's counsel in Peace's opening brief. Peace is not entitled to hybrid representation on appeal. *See Ex parte Taylor*, 36 S.W.3d 883, 887 (Tex. Crim. App. 2001) (per curiam); *Rudd v. State*, 616 S.W.2d 623, 625 (Tex. Crim. App. [Panel Op.] 1981). Accordingly, we **STRIKE** the July 30, 2012 pro se Supplemental Brief.

ROBERT M. FILLMORE
JUSTICE